IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00682-PSF-PAC

JULIETTE HARRINGTON,

      Plaintiff,

v.

SHOP.COM, a California corporation; and
ALTURA INTERNATIONAL, a California corporation,

      Defendants.

## ORDER GRANTING MOTION TO AMEND COMPLAINT

      Plaintiff's Unopposed Motion for Leave to Amend Complaint (Dkt. # 20) is GRANTED.  The Amended Complaint and Jury Demand attached as Exhibit A to plaintiff's motion shall be accepted as filed.

      DATED:  August 5, 2005

      BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge