IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00682-PSF-PAC

JULIETTE HARRINGTON,

     Plaintiff,

v.

SHOP.COM, a California corporation; and
ALTURA INTERNATIONAL, a California corporation,

     Defendants.

## ORDER AMENDING SCHEDULING ORDER

     The parties' Joint Stipulated Motion to Amend Scheduling Order (Dkt. # 31) is GRANTED.  It is hereby

     ORDERED that the Case Plan and Schedule of the Scheduling Order entered Aug. 9, 2005 in this case is amended as follows:

CASE PLAN AND SCHEDULE

NOTE: The following submissions are to conform to the Local Rules of Practice for Patent Cases used by the Northern District of California, as noted below.

a.     Deadline for Joinder of Parties and Amendment of Pleadings:  September 6, 2005.

b.     Disclosure of Asserted Claims and Preliminary Infringement Contentions and Document Production (Patent Rules 3-1 and 3-2): August 1, 2005.

c.	Preliminary Invalidity Contentions and Document Production (Patent Rules 3-3 and 3-4): September 21, 2005.

d.	Exchange of Proposed Terms and Claim Elements for Construction (Patent Rule 4-1): October 5, 2005.

e.	Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent Rule 4-2): October 28, 2005.

f.	Joint Claim Construction and Prehearing Statement (Patent Rule 4-3): November 21, 2005.

g.	Completion of Claim Construction Discovery (Patent Rule 4-4): December 6, 2005.

h.	Plaintiff's Opening Claim Construction Brief (Patent Rule 4-5(a)): December 23, 2005.

i.	Defendants' Responsive Claim Construction Brief (Patent Rule 4-5(b)): January 13, 2006.

j.	Plaintiff's Reply Claim Construction Brief (Patent Rule 4-5(c)): January 20, 2006.

k.	Claim Construction Hearing: **February 10, 2006 at 3:00 p.m.**

DATED: October 3, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge