IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00682-PSF-PAC

JULIETTE HARRINGTON,

     Plaintiff,

v.

SHOP.COM, a California corporation; and
ALTURA INTERNATIONAL, a California corporation,

     Defendants.

## ORDER SETTING HEARING

     This matter is before the Court on Defendants' Motion to File Under Seal (Dkt. # 47) and Defendants' Motion for Leave to File First Amended Counterclaim and First Amended Answer and attendant brief and sealed documents (Dkts. ## 48-51).  IT IS HEREBY ORDERED that the parties shall appear on **Monday, January 23, 2006 at 2:00 p.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado for a hearing on these motions.

     DATED: January 19, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            Phillip S. Figa
                                            United States District Judge