IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00682-PSF-PAC

JULIETTE HARRINGTON,

        Plaintiff,

v.

SHOP.COM, a California corporation; and
ALTURA INTERNATIONAL, a California corporation,

        Defendants.

Defendants.

---

### LETTER ROGATORY FOR THE DEPOSITION OF MURRAY WONG UPON ORAL EXAMINATION AND PRODUCTION OF DOCUMENTS

---

TO THE APPROPRIATE JUDICIAL AUTHORITY IN NEW ZEALAND:

RECITALS

        1.      A civil action is pending in our United States District Court for the District of Colorado, in which Juliette Harrington ("Plaintiff") is plaintiff and Shop.com and Altura International ("Defendants") are defendants.

        2.      Plaintiff alleges that Defendants have infringed her United States Patent, U.S. Patent No. 5,895,454.

        3.      Defendants deny that they have infringed Plaintiff's patent, and further allege that Plaintiff's patent is invalid under United States law because Plaintiff failed to join a co-inventor in the application, and failed to disclose the existence of that co-inventor to the United States Patent Office.

        4.      Defendants allege that Murray Wong, a resident of New Zealand, is a co-inventor of Plaintiff's patented invention.

        5.      For the purposes of the trial of this matter, Defendants now seek to secure oral deposition testimony from Murray Wong regarding his role in the conception and development of the patented invention, his communications with Plaintiff, and his knowledge of the patented invention; Defendants also seek documents in Murray Wong's possession concerning Murray Wong's role in the conception and

development of the invention, his communications with Plaintiff, and his knowledge of the patented invention.

6.      The cause of justice between the parties would be served by the testimony of Murray Wong.  The last known residence of Mr. Wong is 329 Marshland Road, Christchurch 9, and the last known employment address of Mr. Wong is 33 Sir William Pickering Drive, Christchurch 8005.

THIS COURT, THEREFORE, REQUESTS that in the interest of justice:

1.      You cause, by your proper and usual process, Murray Wong to appear and give testimony before you or some competent officer appointed by you for that purpose, authorized at a time and place to be determined by you, but no later than April 15, 2006, on the subjects set forth in section 5 above, under oath and by questions and answers under oral deposition; and

2.      You cause his deposition to be recorded stenographically and by audio and video means; and

3.      You cause any books, papers, or other articles that the witness may produce or identify to be marked as Exhibits; and

4.      You cause this Letter and the deposition, with all marked and attested exhibits, to be returned to us under cover duly sealed and addressed to the Clerk of the United States District Court for the District of Colorado, Alfred A. Arraj Courthouse, Room A-105, 901 19th Street, Denver, Colorado, 80294-3589, United States of America.

We stand ready and willing to do the same for you in a similar case when required, and to reimburse the judicial authorities of New Zealand for costs incurred in executing this Letter Rogatory.

WITNESSED BY:

The Honorable Phillip S. Figa, Judge of the United States District Court for the District of Colorado, this 22nd day of February, 2006, at Denver, Colorado.


*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge