IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00682-PSF-PAC

JULIETTE HARRINGTON,

    Plaintiff,

v.

SHOP.COM, a California corporation; and
ALTURA INTERNATIONAL, a California corporation,

    Defendants.

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

    This matter is before the Court on the parties' Joint Motion to Amend Scheduling Order (Dkt. # 81). It is hereby

    ORDERED that the motion is GRANTED and the Scheduling Order is amended as follows:

    1.    All discovery, other than the depositions of expert witnesses, shall be completed by September 8, 2006.

    2.    All dispositive motions shall be filed on or before January 10, 2007.

    3.    Plaintiff shall designate all experts and provide all information specified in F.R.Civ.P. 26(a)(2) on or before October 9, 2006.

    4.    Defendants shall designate all experts and provide all information specified in F.R.Civ.P. 26(a)(2) on or before November 9, 2006.

    5.    The parties shall designate any rebuttal experts thirty days after the deadline for the opposing party's expert designation to which the rebuttal designation

is being made or thirty days after the date such designation is actually made, whichever occurs later.

6. Depositions of expert witnesses shall be completed on or before January 10, 2007.

DATED: April 5, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge