IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00682-PSF-PAC

JULIETTE HARRINGTON,

    Plaintiff,

v.

SHOP.COM, a California corporation; and
ALTURA INTERNATIONAL, a California corporation,

    Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

Upon review of Plaintiff's Unopposed Motion for Leave to File Under Seal Plaintiff's Motion to Compel Responses to Second Request for Production (Dkt. # 87), pursuant to D.C.Colo.L.Civ.R. 7.2A, the Court finds that her motion to compel attaches and refers to documents and depositions which defendants have designated as "confidential" pursuant to the Protective Order entered by this Court on November 30, 2005.  Accordingly, it is

ORDERED that the motion is GRANTED and the Motion to Compel shall be filed under seal.

DATED: July 10, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              Phillip S. Figa
                              United States District Judge