IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00682-PSF-PAC

JULIETTE HARRINGTON,

    Plaintiff,

v.

SHOP.COM, a California corporation; and
ALTURA INTERNATIONAL, a California corporation,

    Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

    Upon review of Defendants' Unopposed Motion for Leave to File Under Seal Defendants' Motion to File Their Second Amended Counterclaim and Second Amended Answer to Plaintiff's First Amended Complain (Dkt. # 92), pursuant to D.C.Colo.LCivR. 7.2A, the Court finds that the Motion to Amend attaches and refers to documents plaintiff and a third party have designated as "confidential" pursuant to the Protective Order entered by this Court on October 19, 2005. Accordingly, it is

    ORDERED that the motion is GRANTED and the Motion to Amend shall be filed under seal.

    DATED: July 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge