IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00682-PSF-PAC

JULIETTE HARRINGTON,

    Plaintiff,

v.

SHOP.COM, a California corporation; and
ALTURA INTERNATIONAL, a California corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court on the parties' Stipulation and Order for Dismissal With Prejudice (Dkt. # 108).  It is hereby ORDERED that this matter is DISMISSED PREJUDICE, each party to bear her or its own costs and attorneys' fees.

    DATED: August 10, 2006